UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GERALD W. WALKER,                          )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )   CIVIL ACTION NO.
                                           )   5:10-CV-00122-C
                                           )   ECF
MICHAEL J. ASTRUE,                         )
Commissioner of Social Security,           )
                                           )
            Defendant.                     )

## ORDER

Plaintiff is appealing an adverse decision of Defendant Michael J. Astrue, Commissioner of

Social Security, pursuant to 42 U.S.C. § 405(g).  The United States Magistrate Judge entered a

Report and Recommendation on October 27, 2011.  Neither party has filed written objections.  It is,

therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby

**ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered

cause is hereby **REVERSED** and **REMANDED** to the Commissioner for further proceedings.

Dated November 17, 2011.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE